IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| BRADLEY KELLY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNION ELECTRIC COMPANY, d/b/a )<br>AMERENUE, et al., )<br>)<br>Defendants. ) | Case No. 07-04210-CV-C-NKL |

**CLERK'S JUDGMENT**

☐     Jury Verdict. This action came before the Court for a trial by jury.

XX    Decision by Court. This action came to trial or hearing before the Court.

       The issues have been determined and a decision has been made.

IT IS ORDERED AND ADJUDGED that pursuant to the hearing held by the Honorable Nanette K. Laughrey on January 3, 2008, Plaintiff's Motion for Leave to File Amended Complaint and Request to Remand to State Court [Doc. # 10] is GRANTED. Plaintiff's ADEA claim is dismissed without prejudice and the above-captioned case remanded to the Circuit Court of Callaway County, Missouri. It is further

ORDERED that Defendant's Motion for Costs [included in Doc. # 12] is DENIED. It is further

ORDERED that Defendants' Motion for Partial Judgment on the Pleadings [Doc. # 3] is DENIED AS MOOT.

                                                 AT THE DIRECTION OF THE COURT

Dated: January 3, 2008                            P.L. BRUNE

                                                 Clerk

                                                 s/ RENEA KANIES
                                                 By: Renea Kanies, Courtroom Deputy